IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAY 03 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| MARLYN JENKINS, Plaintiff, vs. NORTHSTAR LOCATION SERVICES, LLC, Defendant. | CV 17–42–M–DWM ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 3rd day of May, 2017.

Donald W. Molloy, District Judge
United States District Court